**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MEDICAL LIABILITY MUTUAL**                                                                  **PLAINTIFF
INSURANCE COMPANY**

**CASE NO. 4:05-CV-01317 GTE**

**ALAN CURTIS ENTERPRISES, INC.;
EVERGREENE PROPERTIES OF NORTH
CAROLINA, L.L.C., d/b/a CRESTPARK
RETIREMENT INN-HELENA; CAP CARE
OF ARKANSAS, INC.**                                                      **DEFENDANTS**

## ORDER ADMINISTRATIVELY TERMINATING ACTION

The Court noted in its prior Memorandum Opinion filed December 8, 2006, that it appeared that all declaratory judgment issues which might be appropriately resolved by this Court prior to the resolution of the Underlying Lawsuit[1] had been so resolved. The Court proposed that this action be stayed pending the resolution of the Underlying Lawsuit, and requested input from the parties on this issue. Counsel for both the Plaintiffs and Defendants have advised by letter that they do not object to a stay on the terms proposed by the Court.

Accordingly,

---

[1] The Underlying Lawsuit is styled *Phyllis Patterson, as Administratrix of the Estate of Baker Paul Williams, deceased, and on behalf of the wrongful death beneficiaries of the Estate of Baker Paul Williams v. Evergreene Properties of North Carolina, L.L.C. d/b/a Crestpark Retirement Inn-Helena; Cap Care of Arkansas, Inc.; Phillips Hospital Corporation d/b/a Helena Regional Medical Center; and Alan Curtis Enterprises, Inc.*, Phillips County Circuit Court, No. CV-2005-43.

IT IS THEREFORE ORDERED that the Clerk of the Court shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for further proceedings.  Provided, however, this case will not be reopened unless within 90 days of the final disposition of the Underlying Lawsuit, an application to reopen is filed herein by one or more parties to this action.  If no such motion to reopen is filed within said 90 day period, this Order shall be deemed a dismissal with prejudice of all claims asserted in this action.

IT IS SO ORDERED this   21st   day of December, 2006.

 /s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE